**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAMON BLANCO and JOSE TORRES-MURPHEY,**

           **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-828-Orl-22DAB**

**SPECIALTY PAINTING, INC., and EDWARD MAHUNIK,**

           **Defendants.**
_____

## ORDER

This cause is before the Court on Motion for Summary Judgment (Doc. No. 33) filed on July 1, 2008.

The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiffs, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 15, 2008 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order. The magistrate judge properly relied on the Eleventh Circuit's published opinion in *Thorne v. All Restoration Servs., Inc.*, 448 F.3d 1264 (11th Cir. 2006).

2. The Motion for Summary Judgment (Doc. No. 33) is **GRANTED**.

     3.     The Clerk is directed to enter a **FINAL JUDGMENT** providing that Plaintiffs Ramon Blanco and Jose Torres-Murphey shall take nothing on their claims against Defendants Specialty Painting, Inc. and Edward Mahunik. The judgment shall further provide that Defendants recover their costs of action.

     4.  All other pending motions are **DENIED** as moot.

     5.  The Clerk is directed to **CLOSE** the file.

     **DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 22, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

*/s/ Anne C. Conway*  
ANNE C. CONWAY  
United States District Judge